THE WALLIN LAW FIRM, PLLC
D. Stephen Wallin, Attorney at Law
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300
Fax: 602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant JAIME GAXIOLA, JR.

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
*www.thewallinlawfirm.com*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jaime Gaxiola, Jr., et al.,<br>Defendants. | No. 2:22-CR-01145-DJH-001<br><br>**DEFENDANT GAXIOLA'S PSR OBJECTION**<br><br>*Hon. Diane J. Humetewa* |

COMES NOW Defendant JAIME GAXIOLA, JR., by and through Defense counsel undersigned, and submits his PSR objection. Specifically, Mr. Gaxiola objects to the three level increase for his role in the offense, as he denies he recruited anyone.

As noted in the Government's sentencing memorandum, there are several individuals in related cases who asserted during their interrogations that they were recruited by Mr. Gaxiola. Mr. Gaxiola denies this, and questions the credibility of such statements; each individual had an obvious incentive to minimize his own culpability by asserting that he was talked into committing these acts by others. Further, as noted in the Government's memorandum, Mr. Angulo-Rivera told agents a completely fabricated story before ultimately implicating Mr. Gaxiola.

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
www.thewallinlawfirm.com

The Government's memorandum states that Mr. Gaxiola admitted recruiting Mr. Uriarte-Oropeza. Mr. Gaxiola denies that, and the transcript provided to the Defense by the Government is ambiguous on this score. At one point Mr. Gaxiola said he told Mr. Uriarte-Oropeza, "Dude, if you can get money together or something well that shit is there." Which is not exactly recruiting; it is more like merely informing. Further, Mr. Gaxiola said, "I was going to, I was going to introduce him to Tony [Figueroa, the leader of the organization], but I did not let him send anything." He also said that Mr. Uriarte-Oropeza "has nothing to do with anything," and "As far as I know he [Mr. Uriarte-Oropeza] has not bought firearms." Mr. Gaxiola also indicated that Mr. Uriarte-Oropeza was already involved in smuggling arms (a Bushmaster and ammunition was specifically mentioned). This was apparently in conjunction with Mr. Uriarte-Oropeza's stepfather, an official with the office of the Mexican Prosecutor General (PGR). In that capacity, "he also would help me take firearms, because…with his stepfather, he is with the PGR, he would also take them legally or something like that, but those were in Mexico." In sum, it is unfair to say that Mr. Gaxiola "recruited" Mr. Uriarte-Oropeza; Mr. Uriarte-Oropeza apparently did not actually engage in any activities other than those he had already been engaging in.

PSR 14 further states that Mr. Gaxiola "admitted to recruiting" the following: Luis Corral-Rivera; Noel Angulo-Rivera; Jose Serafin-Perez; and Isai Sandoval-Rivera. A review of the transcript of Mr. Gaxiola's interrogation, however, reveals no such admissions. Notably, the Government's sentencing memorandum does not make this mistake.

Finally, although PSR 25 states that Mr. Gaxiola "had decision making authority," nothing in the PSR actually supports this assertion. On the contrary, PSR 14 states that Mr. Figueroa "directed [Mr. Gaxiola] to transport others to purchase firearms, coordinate the firearms transportation to Mexico,

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
www.thewallinlawfirm.com

and transfer money to other to purchase the firearms." Mr. Gaxiola, in other words, acted at the direction of Mr. Figueroa.

Mr. Gaxiola therefore contends that no role in the offense adjustment is justified. If the Court grants this objection in whole or in part, the Total Offense level of 22 and the Advisory Guidelines Range of 41-51 months would change as follows:

*Two level increase*

Total Offense level: 21

Advisory Guidelines Range: 37-46 months

*One level increase*

Total Offense level: 20

Advisory Guidelines Range: 33-41 months

*No increase*

Total Offense level: 19

Advisory Guidelines Range: 30-37 months

**CONCLUSION**

For the above reasons, the Court should sustain Mr. Gaxiola's objection to the PSR's three level role in the offense adjustment.

RESPECTFULLY SUBMITTED March 4, 2024.

THE WALLIN LAW FIRM, PLLC

s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant JAIME GAXIOLA, JR.

***Certificate of Service***

I hereby certify that on the above date, I electronically transmitted the foregoing **DEFENDANT GAXIOLA'S PSR OBJECTION**, along with any exhibits, to the Clerk of Court, District of Arizona, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants.

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
*www.thewallinlawfirm.com*

I hereby certify that on the above date, I electronically transmitted the foregoing **DEFENDANT GAXIOLA'S PSR OBJECTION**, along with any exhibits, via email to:

**Hon. Diane J. Humetewa**
**United States District Judge**

**Ms. Melissa Hudson**
**U.S. Probation Officer**

THE WALLIN LAW FIRM, PLLC

s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant JAIME GAXIOLA, JR.