

# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Una Guía a Traves de los 12 Pasos de Recuperación

*in our Educational Curriculum*

01-20-2024

Date

edovo

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Exploración de Carrera: Fabricacion

*in our Educational Curriculum*

01-21-2024

Date

edovo

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Math - Addition, Subtraction, Multiplication, and Division

*in our Educational Curriculum*

01-21-2024

Date

edovo

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Computer Skills and Literacy

*in our Educational Curriculum*

01-21-2024
Date

President of JES





# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

Lleva una GRAN CONVERSACIÓN: Valores & Lecciones

*in our Educational Curriculum*

01-23-2024

Date

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Lleva una GRAN CONVERSACIÓN: Introducción

*in our Educational Curriculum*

01-23-2024
Date

President of JES





# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

### JAIME GAXIOLA

*For completing*

## Lleva una GRAN CONVERSACIÓN: Las Personas & La Familia

*in our Educational Curriculum*

01-23-2024

Date

edovo

President of JES





# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## Introduction to Plumbing Tools and Drawings

*in our Educational Curriculum*

01-26-2024

Date

edovo

President of JES





# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## ECS16 - El Método de Cremado

*in our Educational Curriculum*

01-30-2024
Date

edovo

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## ECS03 - Identificación de Equipos Herramientas y Equipos

*in our Educational Curriculum*

01-30-2024
Date

President of JES





# CERTIFICATE
### of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## ECS08 - Cuchillos Culinarios 101

*in our Educational Curriculum*

02-01-2024

Date

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

ECS05 - Identificación de Equipos - Sección de freidoras, parrillas y planchas

*in our Educational Curriculum*

02-01-2024

Date

President of JES





CERTIFICATE
of
Completion

*This Certificate is Proudly Presented to*

JAIME GAXIOLA

*For completing*

ECS06 - Identificación de Equipos - Estufas y Hornos

*in our Educational Curriculum*

02-22-2024

Date

edovo

President of JES



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

## JAIME GAXIOLA

*For completing*

## ECS09 - Habilidades de Cuchillo Culinario

*in our Educational Curriculum*

02-22-2024

Date

edovo

President of JES

